## U.S. Bankruptcy Court
### Western District of Texas

In re:

                                          Case No.

                                          Chapter No.

Debtor

                                          Adv. Proc. No. **23–00503–mmp**

**KEVIN MICHAEL EPSTEIN**
Plaintiff
v.
**NEW HORIZON ABODE LLC AND DANNITESS MATTHEY ET. AL.**
Defendant

*ALIAS SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

---

**Address of Clerk**

      **Clerk, U.S. Bankruptcy Court**

      **Western District of Texas**

      **615 E. Houston St, Rm 597**

      **San Antonio, TX 78205**

---

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

---

**Name and Address of Plaintiff's Attorney**

      **Kevin Michael Epstein**

      **615 E. Houston St., #533**

      **San Antonio, TX 78205**

---

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date Issued:**
**09/07/2023**



**Barry D. Knight, Clerk Of Court**

**continued caption:**

**Listing Of Defendant Names:**

NEW HORIZON ABODE LLC

C/O DANNITESS MATTHEY
12370 POTRANCO RD., SUITE 207
PMB 1067
SAN ANTONIO, TX 78253

DANNITESS MATTHEY

12370 POTRANCO RD., SUITE 207
PMB 1067

SAN ANTONIO, TX 78253

DENNIS MORENO

12370 POTRANCO RD., SUITE 207
PMB 1067

SAN ANTONIO, TX 78253

ESPI PROPERTIES, LLC
C/O JAVIER ESPINOZA
2211 DANBURY STREET

SAN ANTONIO, TX 78217

CRYSTAL BARRAGAN

16500 HENDERSON PASS
APT. 1407

SAN ANTONIO, TX 78232

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date), which is within 7 days after the summons was issued under Federal Rule of Bankruptcy Procedure 7004(e), by:

❏ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❏ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❏ Residence Service: By leaving the process with the following adult at:

❏ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❏ Publication: The defendant was served as follows: [Describe briefly]

❏ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____  Signature _____

Print Name: _____

Business Address: _____

_____